IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY E. WEST,

              Case No. 6:20 cv 02063-CL
              **ORDER**

  Petitioner,

 v.

BRANDON KELLY, Superintendent,
Oregon State Penitentiary; OREGON
BOARD OF PAROLE AND POST-
PRISON SUPERVISION,

  Respondents.

---

  Magistrate Judge Mark Clarke filed Findings and Recommendation ("F&R") (doc. 16) on June 23, 2021. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*,

2012 WL 1598239, *1 (D. Or. May 7, 2012).  Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).  Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mark Clarke's F&R (doc. 16).

Dated this 14th day of July, 2021.

           /s/Ann Aiken
Ann Aiken
United States District Judge